JS-6

1  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott A. Burroughs (SBN 235718)
   scott@donigerlawfirm.com
3  Howard S. Han (SBN 243406)
   hhan@donigerlawfirm.com
4
   DONIGER / BURROUGHS APC
5  603 Rose Avenue
6  Venice, California 90291
   Telephone: (310) 590-1820
7

8  Attorneys for Plaintiff

| | |
|---|---|
| **FILED** | |
| CLERK, U.S. DISTRICT COURT | |
| 12/23/2014 | |
| CENTRAL DISTRICT OF CALIFORNIA | |
| BY: ___C. Wynn___ DEPUTY | |

9

10            **UNITED STATES DISTRICT COURT**

11            **CENTRAL DISTRICT OF CALIFORNIA**

12

13  REVOLVE TEXTILES, INC., a        Case No.:  CV14-3647-MWF (RZx)
    California Corporation,          _Hon. Michael W. Fitzgerald Presiding_
14
                                     **[PROPOSED] ORDER ON**
15      Plaintiff,                   **STIPULATION TO DISMISS ACTION**

16  v.

17  NORDSTROM, INC., _et al._,

18      Defendants.

19

20

21

22

23

24

25

26

27

28                                  - 1 -

1        Having reviewed the parties' stipulation to dismiss the action and finding good

2   cause thereon,

3        IT IS HEREBY ORDERED that this action be dismissed with prejudice, with

4   each party to bear its own costs and fees incurred.

5        SO ORDERED.

6

7   Dated: _____, 2014   December 23

8                                  HON. MICHAEL W. FITZGERALD
                                   UNITED STATES JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -